Michael G. Woods, # 058683-0  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
DENNIS E. DOWNUM, individually and in his capacity
as Sheriff of Calaveras County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| KENNETH CANTAMOUT, | Case No.  C 06 1792 VRW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER ON STIPULATION FOR CHANGE OF VENUE TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION** |
| v. | |
| DENNIS E. DOWNUM, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF CALAVERAS COUNTY, | |
| Defendant. | |

Upon reviewing the Stipulation for Change of Venue entered into by and between Plaintiff KENNETH CANTAMOUT and Defendant DENNIS E. DOWNUM, individually and in his official capacity as Sheriff of Calaveras County, and good cause appearing therefore, it is hereby ORDERED as follows:

That this matter be transferred from The United States District Court Northern District of California to The United States District Court Eastern District of California, Fresno Division pursuant to 28 U.S.C. § 1406(a) on the grounds that venue is proper in the United States District Court Eastern District of California pursuant to 28 U.S.C. § 1391(b), and Eastern District Local Rule 3-120(d).

Plaintiff shall pay all fees and costs of transfer and shall promptly notify defendant when the matter has been effectively transferred to The United States District Court Eastern District of

1  California, Fresno Division.

2  Dated: ____April 10_____, 2006

                                         _____
                                         IT IS SO ORDERED
                                         Judge Vaughn R Walker

8  15800/00004-929105.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

PROPOSED ORDER ON STIPULATION FOR CHANGE OF VENUE